# Exhibit B

1

## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA - CIVIL DIVISION

Travelers United, Inc.

                           Plaintiff

Case No.: 2023-CAB-005095

vs.

Hyatt Hotels Corporation, et al.

                           Defendant(s)

## AFFIDAVIT OF SERVICE

I, Justin Cohen, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Initial Order, Summons in English and Spanish, and Class Action Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 08/22/2023 at 1:47 PM, I served Hyatt Corporation c/o United States Corporation Company, Registered Agent with the Initial Order, Summons in English and Spanish, and Class Action Complaint at 1090 Vermont Avenue, NW, Washington, DC 20005 by serving Max Schriner, Agent, authorized to accept service on behalf of United States Corporation Company.

Max Schriner is described herein as:

Gender: Male   Race/Skin: White   Age: 30   Weight: 180   Height: 5'9"   Hair: Blonde   Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Sworn to before me on 08/24/2023

Angela H. Croson
Notary Public, District of Columbia
My Commission Expires: March 31, 2024

Justin Cohen

Client Ref Number: 1154-02
Job #: 1622507

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050