# Exhibit D

1

## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA - CIVIL DIVISION

Travelers United, Inc.

**Plaintiff**

Case No.: 2023-CAB-005095

vs.

Hyatt Hotels Corporation, et al.

**Defendant(s)**

### AFFIDAVIT OF SERVICE

I, Adam Golden, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Initial Order, Summons in English and Spanish, and Class Action Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 08/22/2023 at 2:06 PM, I served Hyatt Franchising, LLC c/o Corporation Service Company, Registered Agent with the Initial Order, Summons in English and Spanish, and Class Action Complaint at 251 Little Falls Drive, Wilmington, DE 19808. Service was accepted by a Legal Representative of Corporation Service Company, who received on behalf of the registered agent.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Sworn to before me on August 28 2023

_____
Notary Public
My Commission Expires: 9-28-24

_____
Adam Golden

Client Ref Number: 1154-02
Job #: 1622539

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050