# Exhibit F

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------- x
|  |  : |
| Travelers United, Inc., | : |
| on behalf of itself and the putative classes, | : |
|  | : |
| Plaintiff, | : |
|  | :    Case No. _____ |
| v. | : |
|  | : |
| Hyatt Hotels Corporation, Hyatt Corporation, | : |
| and Hyatt Franchising, LLC, | : |
|  | : |
| Defendants. | : |
------------------------------------------------------------- x

## DECLARATION OF ALISSA STONE

I, Alissa Stone, hereby declare under penalty of perjury as follows:

1.      I am over 18 years of age and am fully competent in all respects to make this declaration.  I have personal knowledge of the facts contained herein and each of them is true and correct.  If called as a witness, I could and would testify competently thereto.

2.      I am aware of the following lawsuit: *Travelers United, Inc. v. Hyatt Hotels Corporation, Hyatt Corporation, and Hyatt Franchising LLC*, Case No. 2023-CAB-005095 (Superior Court of the District of Columbian) relating to destination and resort fees charged at certain Hyatt properties in the United States, including at the Grand Hyatt in Washington, DC ("Grand Hyatt Washington").

3.      I am currently employed by Hyatt Corporation as the Area Director of Revenue Management in Washington, DC. I have been in my current role since November 2021.  Prior to my current role, I was the Director of Revenue Management for the Grand Hyatt in San Francisco from March 2019 to November 2021.  Before that, I had various positions at various Hyatt

1

properties beginning in January 2007, including Revenue Manager, Director of Reservations, and Director of Resort Activities.

4.      My responsibilities in my current role as Area Director of Revenue Management (Washington, DC) include oversight of the team responsible for execution of a broad range of revenue management strategies and functions for managed hotels in the Washington, DC area, including the Grand Hyatt Washington.  As a result of my experience, both in my current role and in my previous roles, I am personally familiar with Hyatt's reservation systems, related rooms and revenue tracking systems, and the subject destination and resort fees charged at various Hyatt properties, including the Grand Hyatt Washington.

5.      The Grand Hyatt Washington has 897 guest rooms. The Grand Hyatt Washington is one of the Hyatt properties in the District of Columbia and across the United States that may, depending on a variety of factors, charge a destination fee (or resort fee) to guests in connection with room reservations at the hotel.  The hotel currently charges a destination fee to persons who book a room.

6.      The Grand Hyatt Washington also charged a destination fee in 2022. I have reviewed business records relating to the Grand Hyatt Washington to identify an estimated minimum number of non-business, destination fee-generating bookings at the hotel.  Bookings at the Grand Hyatt Washington are divided into convention and non-convention bookings. Convention bookings are presumptively for business, but non-convention bookings (also known as "transient" bookings) include at least some bookings for personal use.[1]  In 2022, there were at least 37,000 non-convention, destination fee-generating bookings at the Grand Hyatt Washington.

---

[1] Convention bookings are corporate group bookings of 10 or more rooms. Non-convention (or transient) bookings, by contrast, are any other bookings and, therefore, include a mix of business and personal bookings.

Hyatt cannot determine from its business records how many of the 37,000 non-convention bookings were for personal use rather than business use. But even assuming that only 10% of those 37,000 bookings were for personal use, that would yield at least 3,700 destination fee-generating, personal use bookings at the Grand Hyatt Washington alone, just in 2022.

7.      In addition to the Grand Hyatt Washington, there are two other Hyatt properties (totaling more than 1,000 rooms) in the District of Columbia that charge a destination fee, and dozens of other Hyatt properties across the United States that charge a destination fee.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Executed on this 20th day of September 2023 in Washington, DC.

