# Exhibit G

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------ x
Travelers United, Inc.,                                     :
on behalf of itself and the putative classes,               :
                                                            :
                    Plaintiff,                              :
                                                            :
            v.                                              :
                                                            :   Case No. _____
Hyatt Hotels Corporation, Hyatt Corporation,                :
and Hyatt Franchising, LLC,                                 :
                                                            :
                    Defendants.                             :
                                                            :
------------------------------------------------------------ x

## **DECLARATION OF CHRISTINA URBANSKI**

I, Christina Urbanski, hereby declare under penalty of perjury as follows:

1. I am over 18 years of age and am fully competent in all respects to make this declaration. I have personal knowledge of the facts contained herein and each of them is true and correct. If called as a witness, I could and would testify competently thereto.

2. I am aware of the following lawsuit: *Travelers United, Inc. v. Hyatt Hotels Corporation, Hyatt Corporation, and Hyatt Franchising LLC*, Case No. 2023-CAB-005095 (Superior Court of the District of Columbia), relating to destination and/or resort fees charged at certain Hyatt properties in the United States.

3. I am currently employed by Hyatt Corporation as Director of Legal Services-Corporate Governance in Chicago, Illinois. I have been in my current role for more than 5 years, since May 2018. As a result of my duties and general experience at Hyatt, I have personal knowledge of, among other things, where the subject Hyatt entities are incorporated or otherwise

1

organized; the corporate relationship between the various Hyatt entities; and the location of their corporate headquarters.

4. Based on my personal knowledge and review of relevant business records, I confirm as follows:

    a. Hyatt Hotels Corporation is a Delaware corporation with its corporate headquarters and principal place of business in Chicago, Illinois.

    b. Hyatt Corporation is a Delaware corporation with its corporate headquarters and principal place of business in Chicago, Illinois.

    c. Hyatt Franchising, L.L.C. is a Delaware limited liability company with its corporate headquarters and principal place of business in Chicago, Illinois. Hyatt Franchising, L.L.C. is a wholly-owned subsidiary of Hyatt Hotels Corporation.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Executed on this 15th day of September 2023 in Chicago, Illinois.

_____
Christina Urbanski

2