IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------------------------------------------ x
                                                             :
Travelers United, Inc.,                                      :
on behalf of itself and the putative classes,                :
                                                             :
                       Plaintiff,                            :
                                                             :   Case No. 1:23-cv-02776-CKK
              v.                                             :
                                                             :
Hyatt Hotels Corporation, Hyatt Corporation,                 :
and Hyatt Franchising, LLC,                                  :
                                                             :
                       Defendants.                           :
                                                             :
------------------------------------------------------------ x
```

**RULE 7.1(a) DISCLOSURE STATEMENT AND CERTIFICATE REQUIRED BY LCvR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 26.1 of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Defendants Hyatt Hotels Corporation, Hyatt Corporation, and Hyatt Franchising, LLC ("Defendants"), certify to the best of my knowledge and belief, that Hyatt Corporation and Hyatt Franchising, LLC's parent corporation is Hyatt Hotels Corporation, which is publicly traded.

No other publicly held corporation has a 10% or greater ownership interest in Defendants, including Defendant Hyatt Hotels Corporation.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

Date:  October 2, 2023

/s/  Lindsay C. Harrison
Lindsay C. Harrison (DC Bar No. 977407)

1

**JENNER & BLOCK LLP**
1099 New York Ave., NW, Suite 900
Washington, DC 20001
Ph: 202.639.6000
lharrison@jenner.com