**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
------------------------------------------------------------ x
                                                             :
Travelers United, Inc.,                                      :
on behalf of itself and the putative classes,                :
                                                             :
                              Plaintiff,                     :
                                                             :        Case No. 1:23-cv-02776-CKK
                    v.                                        :
                                                             :
Hyatt Hotels Corporation, Hyatt Corporation,                 :
and Hyatt Franchising, LLC,                                  :
                                                             :
                              Defendants.                    :
                                                             :
------------------------------------------------------------ x
```

## NOTICE OF WITHDRAWAL OF LEONARD R. POWELL

Pursuant to LCvR 83.6(b), Defendants, by and through counsel, hereby give notice of the

withdrawal of Leonard R. Powell as counsel of record for Defendants in the above captioned case.

Defendants will continue to be represented by Lindsay Harrison of Jenner & Block LLP.

Respectfully submitted,

Date:  July 19, 2024

*/s/  Leonard R. Powell*
Leonard R. Powell (DC Bar No. 1048832)
**JENNER & BLOCK LLP**
1099 New York Ave., NW, Suite 900
Washington, DC 20001
Ph: 202.639.6000
leonardpowell@jenner.com